# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2726

_____

Stephanie Mitchell,            *
                                  *
             Appellant,           *
                                  *    Appeal from the United States
       v.                           *    District Court for the
                                  *    Western District of Missouri
Tyson Foods, Inc.,          *
                                  *        [UNPUBLISHED]
             Appellee.            *

_____

Submitted:   July 2, 1999

Filed:   July 29, 1999

_____

Before  McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Stephanie Mitchell appeals from the final judgment entered in the District Court[1] for the Western District of Missouri enforcing a confidential settlement agreement in her employment discrimination action. For reversal, appellant argues that she had not accepted the settlement agreement and that she had been intimidated and blackmailed during the settlement negotiations.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

Upon a thorough review of the record created by the parties, including the transcript of the evidentiary hearing held by the district court, we conclude the district court did not clearly err in finding that appellant had agreed to settle her employment discrimination claim according to the terms of the settlement agreement at issue.  See Sheng v. Starkey Labs., Inc., 117 F.3d 1081, 1083 (8th Cir. 1997) (standard of review); see also Bush v. Marshalltown Med. & Surgical Ctr., 123 F.3d 1130, 1134 (8th Cir. 1997) (deference to district court's credibility determinations).  We further conclude the record is devoid of evidence of improper coercion.  See Janneh v. GAF Corp., 887 F.2d 432, 437 (2d Cir. 1989), cert. denied, 498 U.S. 865 (1990).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.